**Electronically Filed
Supreme Court
SCWC-20-0000050
15-JUL-2020
08:04 AM**

SCWC-20-0000050

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

FRANCIS A. GRANDINETTI, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000050; CASE NO. 3PC930000141)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.[1])

On July 10, 2020, petitioner/defendant-appellant

Francis A. Grandinetti filed a document entitled, "Petitioner-

Defendant-Appellant on Reconsideration of Certiorari, On Ten-Day

Review, June 25, 2020 Judgment (Panel Decision); Errors", in

which he asks this court to reconsider the June 25, 2020 order

rejecting his application for writ of certiorari.  A rejection of

an application for writ of certiorari, however, is not subject to

reconsideration.  See HRAP Rule 40.1(h) ("Neither acceptance nor

rejection of an application for a writ of certiorari shall be

subject to a motion for reconsideration in the supreme court.

---

[1]  Associate Justice Richard Pollack, who was a member of the court when the petition was decided, retired from the bench on June 30, 2020.

The rejection of an application for certiorari shall be final.").
Accordingly,

It is hereby ordered that the motion for reconsideration is denied.

DATED:  Honolulu, Hawaiʻi, July 15, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson